# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GAGE LANDRY

VERSUS

MALCOM SPILLERS AND MAEL
TRUCKING, LLC

NO. 2025 CW 0470

**AUGUST 22, 2025**

---

In Re:    Gage Landry, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          757371.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              MRT
                              AHP
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT